IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES DLESTER CRANDLE,<br>AIS 291646,<br><br>    Plaintiff,<br><br>    v.<br><br>NURSE BLESSING EPEAGBA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL CASE NO. 2:21-cv-627-ECM<br>)<br>)<br>)<br>) |

**MEMORANDUM OPINION and ORDER**

On August 15, 2024, the Magistrate Judge entered a Recommendation (doc. 51) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 51) is ADOPTED;

2. The Defendants' answers and special reports (docs. 19, 25) are construed as motions for summary judgment, and the motions for summary judgment (docs. 19, 25) are GRANTED as to the Plaintiff's federal claims pursuant to 42 U.S.C. § 1983;

3. The Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3), and the state law claims are DISMISSED without prejudice;

4. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 9th day of September, 2024.

                                          /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE